AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Silvestre Mosso, individually and on Behalf of All Other Persons Similarly Situated

V.

Kenji Sekiya d/b/a Yuka Restaurant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 3515**

**JUDGE MARRERO**

TO: (Name and address of Defendant)

Kenji Sekiya d/b/a Yuka Restaurant, 1557 Second Avenue, New York, New York, 10028

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Jeffrey M. Gottlieb, 150 East 18th Street, Suite PHR, New York, New York, 10003

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE  APR 1 0 2008

§AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | 08 CV 3515 |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/30/2008  10:55 Am |
| NAME OF SERVER (PRINT) Juin Pereira | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Kenji Sehaya aka Chen spaeks broken English. Asian/Male/Blk Hr/36-38yrs/5'9-6'0/130-160Lbs

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/30/2008
            Date                    Signature of Server

c/o NY Server LLC 173 N Main #375 Sayville NY 11782
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.