```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
SILVESTRE MOSSO, et al.,           :
                                   :   08 Civ. 3515 (VM)
                Plaintiffs,        :
                                   :
     -against-                     :      ORDER
                                   :
KENJI SEKIYA,                      :
                                   :
                Defendant.         :
-----------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendant herein on April 30, 2008 and that the answer to the complaint was due by May 20, 2008. The Court's public file for this case contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that plaintiffs herein are directed to inform the Court by July 7, 2008 of the status of this matter and plaintiffs' contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         1 July 2008

                                    _____
                                    VICTOR MARRERO
                                    U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08
```