MARRERO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

SILVESTRE MOSSO, individually and on Behalf of All Other Persons Similarly situated,

                           Plaintiffs,

      - against -

KENJI SEKIYA d/b/a YUKA RESTAURANT,

                           Defendant.

---------------------------------------------------------------x

08 CV 3515 (VM)
~~03 CV 6048 (GEL)(JCF)~~

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS THE SIGNATORY PARTIES HAVE AMICABLY SETTLED ALL CLAIMS BETWEEN THEM TO THEIR MUTUAL SATISFACTION, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel for the parties herein, as follows:

1. All claims presented in the Complaint herein shall be and hereby are dismissed with prejudice as to Defendants Kenji Sekiya d/b/a Yuka Restaurant ("Yuka Defendants"), Grace Restaurant Inc., (hereinafter Yuka) pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. Plaintiff and the Yuka Defendants shall bear their own costs and attorneys', accountants' and experts' fees.

3. A facsimile signature hereon shall be deemed an original.

New York, New York
Dated: June __, 2008

_____
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 16th Street, Suite PHR
New York, New York 10003
Telephone: (212) 228-9795
Facsimile: (212)

Attorneys for Plaintiff

_____
John H. Teschner, Esq. (JHT-1029)
132 Nassau Street,
New York, NY 10038
Telephone: (212) 964-8822
Facsimile: (212) 619-2340

Attorney for Defendants
Kenji Sekiya
Yuka Restaurant
Grace Restaurant, Inc.,

NY:1482336v1

SO ORDERED:

7-16-08
DATE     VICTOR MARRERO, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-08